FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 21 2018 ★
BROOKLYN OFFICE

Rec'd 9/21 (8)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ELVIN MEJIA, Individually and on behalf of All
Others Similarly Situated,

                Plaintiff,

     -against-

WILCOX DEVELOPMENT CORP., STOP & STOR
NEW YORK'S SELF STORAGE LEADER LLC,
NEIL SIMON, and JEFF HENICK, Jointly and Severally,

                Defendants.
---------------------------------------------------------------X

Docket No.: 17 CV 04304
(CLP)

**STIPULATION OF
DISMISSAL
WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to any party or against any other. This Stipulation may be filed without further notice with the Clerk of the Court.

    This Stipulation shall not be in effect until executed by all parties set forth herein.

Dated: September 19, 2018

_____
David S. Feather, Esq.
FEATHER LAW FIRM, P.C.
Attorneys for Defendant
Wilcox Development Corp.
666 Old Country Road, Suite 605
Garden City, New York 11530

_____
John Byrnes, Esq.
WEBER MAKRIS PLOUSADIS
& SEIDEN, LLP
Attorneys for Defendants
Stop & Stor New York's Self
Storage Leader LLC, Neil Simon
and Jeff Henick
1000 Woodbury Road, Suite 402
Woodbury New York 11797

_____
Taylor Graham, Esq.
Pelton Graham, LLC
Attorneys for Plaintiffs
111 Broadway, Suite 1503
New York, New York 10006

So Ordered
/s/ Cheryl Pollak
USMJ
9/21/18